FILED & JUDGMENT ENTERED
Steven T. Salata

October 18 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### (Charlotte Division)

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **MADISON CONSTRUCTION GROUP, INC.,** | ) Case No. 16-32006 |
| | ) |
| Debtor. | ) |

### ORDER AWARDING FEES AND EXPENSES TO
### HAMILTON STEPHENS STEELE + MARTIN, PLLC
### PURSUANT TO THEIR SECOND INTERIM APPLICATION FOR
### ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the application (the "Application") of Hamilton Stephens Steele + Martin, PLLC ("HSSM") for compensation of services in the amount of $44,879.00, together with reimbursement for actual and necessary expenses incurred in the amount of $731.72 for the period commencing April 1, 2017 and continuing through June 30, 2017 pursuant to Sections 330 and 331 under Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and due and adequate notice of the Application having been provided; and no objections having been filed;

{00387997.DOCX V. M527.024195;}

and it appearing that the relief requested in the Application is in the best interests of the Debtor, its estate and creditors; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that HSSM is allowed payment of fees in the amount of $44,879.00, together with reimbursement for actual and necessary expenses incurred in the amount of $731.72 for the period commencing April 1, 2017 and continuing through June 30, 2017, and the Debtor is authorized to pay the amount to HSSM; and it is further

ORDERED, that the Debtor is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

| This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order. | United States Bankruptcy Court |
|---|---|